UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

**Plaintiff(s):** JAMES M. WORTHEM

**Defendant(s):** JENNIFER HALL, et al.

**County of Residence:** COOK

**County of Residence:**

**Plaintiff's Address:**
James M. Worthem
#2007-0071905
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

**Defendant's Attorney:**
AUSA
United States Attorney's Office
219 South Dearborn Street
Chicago, IL 60604

FILED
DEC 27 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
[ ] 1. U.S. Government Plaintiff
[✓] 2. U.S. Government Defendant
[ ] 3. Federal Question (U.S. gov't. not a party)
[ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

07CV7255
JUDGE ZAGEL
MAG. JUDGE SCHENKIER

**Origin:**
[✓] 1. Original Proceeding
[ ] 2. Removed From State Court
[ ] 3. Remanded From Appellate Court
[ ] 4. Reinstated or Reopened
[ ] 5. Transferred From Other District
[ ] 6. MultiDistrict Litigation
[ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Prisoner civil rights

**Cause of Action:** 28:1331b

**Jury Demand:** [ ] Yes  [✓] No

**Signature:** *Q. E. Worthem*   **Date:** 12/27/2007