ORIGINAL FOR Judge

CH

RECEIVED

DEC 27 2007 *new*
Dec 27 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

James M Worthem

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Jennifer Hall
Michael Moore

(Enter above the full name of ALL
defendants in this action. <u>Do not
use "et al."</u>)

07CV7255
JUDGE ZAGEL
MAG. JUDGE SCHENKIER

(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:

____ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

✓ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

____ OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: James M Worthem

B. List all aliases: David Scott

C. Prisoner identification number: 2007-0071905

D. Place of present confinement: Cook County Jail

E. Address: P.O. Box 089002, Chicago Ill, 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Jennifer Hall

Title: F.B.I. Agent

Place of Employment: 2111 W Roosevelt Rd, Chicago Ill, 60608

B. Defendant: Michael Moore

Title: F.B.I. Agent

Place of Employment: 2111 W. Roosevelt Rd. Chigo Ill, 60608

C. Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: James Worthem v. Salvador Godinez #07 C 6589

B. Approximate date of filing lawsuit: 11/21/07

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: James Worthem (AKA) David Scott

D. List all defendants: Salvador Godinez, Sgt Moore, Sheriff Tom Dart, Deputy Boyle, Deputy Cook, Dep Arrizzo, LT. Merilla, Sgt Robinson, Superintendant Hickerson et.al.

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District of Illinois

F. Name of judge to whom case was assigned: Judge Leinenweber & Magistrate Judge Cole.

G. Basic claim made: Assault and Battery by Deputy Sheriff for the exercise of my 1st Amend. Right and assault by Detainee.

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still Pending.

I. Approximate date of disposition: ?

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

III.
A. James M Worthem v. Supt Gary Hickerson #07C6687
B. 11/28/07
C. James M Worthem (AKA) David Scott
D. Supt Gary Hickerson, Sheriff Tom Dart, C/O Sandoval C/O Herrera, Director Salvador Godinez, DR. Ting, DR. Carasquillo, Paramedic Douglas, C/O Funches, et. al.
E. Northern District of Illinois
F. Judge Leinenweber and Magistrate Judge Cole
G. Health, safety, sanitation issues / Medical Denial
H. Still Pending
I. ?

IV.  **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

In the year of 2006, I began working with F.B.I. officials and other local law enforcement agencies and even with the knowledge of the extreme dangers involved, I proceeded because I too have a family to care for. So I began wearing wires and transmitters, cameras, by speaking with and purchasing ounces of crack cocaine from known drug dealers and street gang chiefs within the organization I once belonged too, but as a result of my dangerous and hard work, both offenders were taken into federal custody in November of 2006, these 2 agents of whom I was loyal to assumed that they would protect and safeguard My family and I's lives and that if anything were to happen to my person that the perps would receive federal charges in addition to the ones their already facing and that if I were to be murdered My family would be taken care of. also the 2 Guys I helped to capture would not know that I was the one who got em. but this was not true because not only did they find out it was Me but they sent out a contract Murder on my life and I will still testify against them in court and at their trial. I have repeatedly tried to reach out to my F.B.I. contacts but to no avail. I've even had my P.D. John Vaugher call them to only ask that they place me in a safe protective custody environment but still nothing and I have given C.C.D.O.C. officials proof of My "Fear for my Life" and also I am in P.C. Max now but only because I placed Myself here

and even this is not safe either. even Z.D.O.C. officials are aware of this situation and have also ignored my pleas for my life and as a result of the F.B.I. agents reckless disregard, my 8th Amend. at extreme and unusual punishments, equal protections and deliberate indifferences are all being prejudiced. all gang affiliated organizations are aware and on the hunt for me as a result of my working with F.B.I. I gave Z.D.O.C. officials the names of my contacts and they too called those agents and still nothing. So Z.D.O.C. ignored it also and on 7/25/07 I was going on a court writ, I was shackled and cuffed from side to side and violently assaulted by one S.O. and one cobra, while they were cuffed in the front of them and could move their arms up and down in full force. In the end I received 5 stitches to my ear, cuts all over face, mouth busted and contusions all about the head and back areas. I walk with a cane, I was shot last year by an S.O. of whom the F.B.I. also knows about, I would of had this guy locked up for it but I did not want to jeopardize my work with F.B.I. agents in taking down the targets (guys). I am in constant head pain, I take neurontins for nerve back pain, and take pills to help sleep at night. extreme pain and sufferings, physical injuries to my person, I am invoking my absolute right to bring this matter to the attention of a federal Magistrate and Judge. The 2 who assaulted me violently have still not been charged but remain in Z.D.O.C. custody. Thank you.

Revised 9/2007

**V.   Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like the honorable Judge to award me with punative and compensatory for the physical damages I've received to my person and to acknowledge that I have suffered unusual pain and sufferings, Mental Anguish and to let these agents know that I am a human with rights and what I did for them was dangerous and I deserve for me and my family to be protected. Relocate us to another state and I'm asking for Relief in the Amount of $40 Million Dollars. THANK YOU

**VI.**   The plaintiff demands that the case be tried by a jury.  ☒ YES   ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 24th day of Dec, 2007

_James M Worthem_
(Signature of plaintiff or plaintiffs)

James M Worthem
(Print name)

2007-0071905
(I.D. Number)

P.O. Box 089007
Chicago Il, 60608
(Address)

6

Revised 9/2007

Pink

Referred to: E & OPS
☑ processed as a request

James M Worthem AKA David Scott # 2007-0071905    12/12/07
Division 9-3-E upper 3209

* Brief Summary of complaint: I just had left Divisions 1-D-upper 6 in protective custody and inside the officers booth on the wall was a Document that was an order from Assistant Director Brown of An escort to and from court and this was done on 2 separate occassions already, once on 10/12/07 and another on 11/30/07, now Captain Hickey tells me that there is no such order over there on the wall and that I never had an escort. I Demand my escort be afforded to me again my next court date is on 1/22/08 and C.C.D.O.C. Officials are well aware of the circumstances of why I should receive an E.R.T. or X-ops escort. Thank you. Detainees or staff having info regarding this complaint: C/O Herrera, C/O Sandoval, All Detainees on my wing, Assistant Dir. Brown, ERT Mr Hower, Mr Roso, X-ops Mr. Smith, Mr. Meyen, my P.D. the Judge Mr. Moran and my wife.

Action Requested: that I receive a notice thats posted with the officers interlock on Div-9-3-E and the escort for 1/22/08 in time for court. Thank you.    James Worthem

C.R.W's. /S/ _____    Date: 12/14/07