**U.S. Department of Justice**
**United States Marshals Service**

## PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal"*
*on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| James M. Worthem | 07C7255 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Jennifer Hall, et al. | S/C |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Michael Moore, F.B.I. Agent

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

**AT** 211 W. Roosevelt RD., Chicago, IL 60608

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

James Worthem, #2007-0071905
Cook County Jail
P.O. BOx 089002
Chicago, IL 60608

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*
Fold                                                                                       Fold

FILED
Mar 24 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE 03-13-08 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process 2 of 4 | District of Origin No. 24 | District to Serve No. 24 | Signature of Authorized USMS Deputy or Clerk | Td | Date 03-13-08 |
|---|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|

| Address *(complete only if different than shown above)* NOT SERVED | Date of Service 3/21/08 | Time 1100 ☐ am ☐ pm |
|---|---|---|
| | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|

One service fee charged same case + weather see process

REMARKS: NOT VALID ADDRESS 200 BLOCK OF W. ROOSEVELT IS BRIDGE OVER RIVER + RR TRACKS
sheet #1 for charges

1 hr, 2 mile RT, 1 deputy

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

AO440 (REV. 10/93) Summons in a Civil Action

# United States District Court
## Northern District of Illinois

### SUMMONS IN A CIVIL ACTION

James M. Worthem

     Vs.

Michael Moore

CASE NUMBER: 07cv7255
JUDGE: Zagel

TO:   Michael Moore

     YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon plaintiff's attorney:

Name:
Firm:
Address:
City:
Telephone:

an answer to the complaint which is herewith served upon you, within [60] days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

By: _Vettina Franklin_

Vettina Franklin, Deputy Clerk

Dated: March 12, 2008

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me:^ | DATE |
|---|---|
| NAME OF SERVER (Print) | TITLE |

*Check one box below to indicate appropriate method of service:*

[ ]   Served personally upon the defendant.  Place where served:_____

_____

[ ]   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.  Name of person with whom the summons and complaint were left: _____

[ ]   Returned unexecuted:_____

[ ]   Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                        Date                                   Signature of Server

                                          _____

                                          Address of Server

^As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### Consent to Exercise of Jurisdiction
### By a United States Magistrate Judge

Case Title                                    Case Number:

                                              Assigned Judge:

     V.

                                              Designated
                                              Magistrate Judge:

    In accordance with the provisions of Title 28 U.S.C.§636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of a final judgment. Should this case be reassigned to a magistrate judge other than the magistrate judge designated pursuant to Local Rule 72, the undersigned may object within 30 days of such reassignment. If an objection is filed by any party, the case will be reassigned to the district judge before whom it was last pending.

| By: | |
| --- | --- |
| Date | Signature | Name of Party or Parties |

By:

_____          _____          _____
Date                                    Signature                                    Name of Party or Parties

By:

_____          _____          _____
Date                                    Signature                                    Name of Party or Parties

By:

_____          _____          _____
Date                                    Signature                                    Name of Party or Parties

By:

_____          _____          _____
Date                                    Signature                                    Name of Party or Parties

Note: File this consent *only* if all parties have consented on this form to the exercise of jurisdiction by a United States magistrate judge.

Order Form (01/2005)

# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | JAMES B. ZAGEL | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7255 | **DATE** | **MAR 1 1 2008** |
| **CASE TITLE** | James M. Worthem (#2007-0071905) v. Jennifer Hall, et al. | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion for leave to file *in forma pauperis* [3] is granted. The Court authorizes Cook County Jail officials to deduct $2.00 from Plaintiff's account. The Clerk shall send a copy of this order to Elizabeth Hudson, Supervisor of Inmate Trust Fund Accounts, Cook County Dept. of Corrections Administrative Office, Division V, 2700 S. California, Chicago, Il. 60608. The Clerk shall issue summonses and attach a Magistrate Judge Consent Form to the summons for each defendant, and send Plaintiff said Form and Instructions for Submitting Documents along with a copy of this order. Plaintiff's motion for appointment of counsel [4] is denied.

■ [For further details see text below.]

Docketing to mail notices.

## STATEMENT

Plaintiff is granted leave to file *in forma pauperis*. Pursuant to 28 U.S.C. § 1915(b)(1), Plaintiff is assessed an initial partial filing fee of $2.00. The supervisor of inmate trust accounts at the Cook County Jail is authorized to collect, when funds exist, the partial filing fee from Plaintiff's trust fund account and pay it directly to the Clerk of Court. After payment of the initial partial filing fee, the trust fund officer is authorized to collect monthly payments from Plaintiff's trust fund account in an amount equal to 20% of the preceding month's income credited to the account. Monthly payments collected from Plaintiff's trust fund account shall be forwarded to the Clerk of Court each time the amount in the account exceeds $10 until the full $350 filing fee is paid. All payments shall be sent to the Clerk, United States District Court, 219 S. Dearborn St., Chicago, Il. 60604, attn: Cashier's Desk, 20th Floor, and shall clearly identify Plaintiff's name and the case number assigned to this action. The Cook County inmate trust account office shall notify state correctional authorities of any outstanding balance in the event Plaintiff is transferred from the Jail to a state correctional facility.

ATTEST
ROBBINS CLERK

BY: _____
CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS

3/12/2008

| | Courtroom Deputy Initials: | | CLII |
|---|---|---|---|

## STATEMENT

The United States Marshals Service is appointed to serve defendants. Any service forms necessary for Plaintiff to complete will be sent by the Marshal as appropriate to serve defendants with process. The U.S. Marshal is directed to make all reasonable efforts to serve defendants. With respect to any former jail employee who can no longer be found at the work address provided by Plaintiff, the Cook County Department of Corrections shall furnish the Marshal with defendant's last-known address. The information shall be used only for purposes of effectuating service [or for proof of service, should a dispute arise] and any documentation of the address shall be retained only by the Marshal. Address information shall not be maintained in the court file, nor disclosed by the Marshal. The Marshal is authorized to mail a request for waiver of service to defendants in the manner prescribed by Fed. R. Civ. P. 4(d)(2) before attempting personal service.

Plaintiff is instructed to file all future papers concerning this action with the Clerk of Court in care of the prisoner correspondent. In addition, Plaintiff must send an exact copy of any filing to defendants or, if represented by counsel, to counsel for defendants. Plaintiff must include on the original filing a certificate of service stating to whom exact copies were mailed and the date of mailing. Any paper that is sent directly to the judge or otherwise fails to comply with these instructions may be disregarded by the Court or returned to Plaintiff.

Plaintiff moves for appointment of counsel. Civil litigants do not have a constitutional or statutory right to counsel. *See Lewis v. Sullivan*, 279 F.3d 526, 529 (7th Cir. 2002). Nevertheless, a district court may, in its discretion, "request an attorney to represent any person unable to afford counsel." *Gil v. Reed*, 381 F.3d 649, 656 (7th Cir. 2004), *citing* 28 U.S.C. § 1915(e)(1); *Luttrell v. Nickel*, 129 F.3d 933, 936 (7th Cir. 1997). In deciding whether to appoint counsel, the Court must "first determine if the indigent has made reasonable efforts to retain counsel and was unsuccessful or that the indigent was effectively precluded from making such efforts." *Gil*, 381 F.3d at 656, *quoting Jackson v. County of McLean*, 953 F.2d 1070, 1072 (7th Cir. 1992). If so, the Court must consider: (1) whether, given the degree of difficulty of the case, Plaintiff appears competent to try it himself; and (2) whether the assistance of counsel would provide a substantial benefit to the Court or the parties, potentially affecting the outcome of the case. *Gil*, 381 F.3d at 656, *relying on Farmer v. Haas*, 990 F.2d 319, 322 (7th Cir.).

After considering these factors, the Court concludes that appointment of counsel is not warranted. Although Plaintiff has alleged that he has made reasonable efforts to retain private counsel, he has alleged no physical or mental disability that might preclude him from adequately investigating the facts giving rise to his complaint. Plaintiff's case, at the present time, does not involve complex issues, complex discovery, or an evidentiary hearing. Also, Plaintiff's pleadings before this Court demonstrate his competence to proceed with the case. *See Pruitt v. Mote*, 503 F.3d 647, 654-56 (7th Cir. 2007); *Gil*, 381 F.3d 649, 656 (7th Cir. 2004). In addition, the Court grants *pro se* litigants wide latitude in the handling of their lawsuits. Therefore, Plaintiff's motion for appointment of counsel is denied without prejudice.

**FILED** ~~ORIGINAL FOR Judge~~　　　　　　　CH

**MARCH 11, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**RECEIVED**

DEC 27 2007 *new*
Dec 27 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

~~James M Worthem~~

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

**07CV7255**
**JUDGE ZAGEL**
**MAG. JUDGE SCHENKIER**

(To be supplied by the Clerk of this Court)

VS.

~~Jennifer Hall~~
~~Michael Moore~~

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

_____　　COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

✓　　COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION, TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____　　OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

**I.** **Plaintiff(s):**

   A.   Name: James M Worthem

   B.   List all aliases: David Scott

   C.   Prisoner identification number: 2007-0071905

   D.   Place of present confinement: Cook County Jail

   E.   Address: P.O. Box 089002, Chicago Ill. 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.** **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A.   Defendant: Jennifer Hall

       Title: F.B.I. Agent

       Place of Employment: 2111 W Roosevelt Rd. Chicago Ill. 60608

   B.   Defendant: Michael Moore.

       Title: F.B.I. Agent

       Place of Employment: 2111 W. Roosevelt Rd. Chigo Ill. 60608

   C.   Defendant: 

       Title: 

       Place of Employment: 

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

**III.**   List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

**A.**   Name of case and docket number: James Worthem V. Salvador Godinez #07 C 6589

**B.**   Approximate date of filing lawsuit: 11/21/07

**C.**   List all plaintiffs (if you had co-plaintiffs), including any aliases: James Worthem (AKA) David Scott

**D.**   List all defendants: Salvador Godinez, Set Moore Sheriff Tom Dart, Deputy Boyle, Deputy Cook, Dep Arruzzo, C.T, Merill, Set Robinson, Superintendant Hickerson et.al.

**E.**   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District of Illinois

**F.**   Name of judge to whom case was assigned: Judge Leinenweber & Magistrate Judge Cole.

**G.**   Basic claim made: Assault and Battery by Deputy Sheriff for the exercise of My 1st Amend. Right and assault by Detainee.

**H.**   Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still Pending.

**I.**   Approximate date of disposition: ?

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

III.

A. James M Worthem v. Supt Gary Hickerson # 07 C 6687

B. 11/28/07

C. James M Worthem (AKA) David Scott

D. Supt Gary Hickerson, Sheriff Tom Dart, C/o Sandoval
   C/o Herrera, Director Salvador Godinez, DR. Ting, DR.
   Carasquillo, Paramedic Douglas, C/o Funches, et. al.

E. Northern District of Illinois

F. Judge Leinenweber and Magistrate Judge Cole

G. Health, Safety, Sanitation Issues / Medical Denial

H. Still Pending

I. ?

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

In the year of 2006, I began working with F.B.I. officials and other local law enforcement agencies and even with the knowledge of the extreme dangers involved, I proceeded because I too have a family to care for. So I began wearing wires and transmitters, cameras, by speaking with and purchasing ounces of crack cocaine from known drug dealers and street gang chiefs within the organization I once belonged too, but as a result of my dangerous and hard work, both offenders were taken into federal custody in november of 2006, these I agents of whom I was loyal to assumed that they would protect and safeguard my family and I's lives and that if anything were to happen to my person that the perps would receive federal charges in addition to the ones their already facing and that if I were to be murdered my family would be taken care of. also the I guys I helped to capture would not know that I was the one who got em. but this was not true because not only did they find out it was me. but they sent out a contract murder on my life and I will still testify against them in court and at their trial. I have repeatedly tried to reach out to my F.B.I. contacts but to no avail. I've even had my P.D. John Vaugher call them to only ask that they place me in a safe protective custody environment but still nothing and I have given C.C.D.O.C. officials proof of my "fear for my life" and also I am in P.C. Max now but only because I placed myself here

and even this is not safe either. even Z.D.O.C. officials are aware of this situation and have also ignored my pleas for my life and as a result of the F.B.I. agents reckless disregard, my 8th Amend. at extreme and unusual punishments, equal protections and deliberate indifferences are all being prejudiced. All gang affiliated organizations are aware and on the hunt for me as a result of my working with F.B.I. I gave Z.D.O.C. officials the names of my contacts and they too called those agents and still nothing. So Z.D.O.C. ignored it also and on 7/25/07 I was going on a court writ, I was shackled and cuffed from side to side and violently assaulted by one S.D. and one cobra, while they were cuffed in the front of them and could move their arms up and down in full force. In the end I received 5 stitches to my ear, cuts all over face, mouth busted and contusions all about the head and back areas. I walk with a cane. I was shot last year by an S.D of whom the F.B.I also knows about. I would of had this guy locked up for it but I did not want to jeopardize my work with F.B.I. agents in taking down the targets (guys). I am in constant head pain, I take neurontins for nerve back pain, and take pills to help sleep at night. extreme pain and sufferings, physical injuries to my person. I am invoking my absolute right to bring this matter to the attention of a federal Magistrate and Judge. The I who assaulted me violently have still not been charged but remain in Z.D.O.C. custody. Thank you.

Revised 9/2007

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like the honorable Judge to award me with punative and compensatory for the physical damages I've received to my person and to acknowledge that I have suffered unusual pain and sufferings, mental anguish and to let these agents know that I am a human with rights and what I did for them was dangerous and I deserve for me and my family to be protected. Relocate us to another state and I'm asking for relief in the amount of 90 Million Dollars. Thank you

**VI.    The plaintiff demands that the case be tried by a jury.  ☒ YES   ☐ NO**

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 24th day of Dec, 2007

_James Worthem_

(Signature of plaintiff or plaintiffs)

James M Worthem

(Print name)

2007-0071905

(I.D. Number)

P.O. Box 089007
Chicago Ill, 60608

(Address)

6

Pink

Part-A/control # _____ X _____
Referred to: E & OPS
☐ Processed as a request

James M Worthem AKA David Scott # 2007-0071905    12/12/07
Division 9-3-E upper 3209

* Brief Summary of complaint: I Just had left Divisions
1-D-upper 6 in protective custody and inside the officers
booth on the wall was a Document that was an order
from Assistant Director Brown of An escort to and from
court and this was done on 2 separate occassions
already, once on 10/12/07 and another on 11/30/07, now
Captain Hickey tells me that there is no such order
over there on the wall and that I never had an
escort. I Demand My escort be afforded to me again
My next court date is on 1/22/08 and C.C.D.O.C. officials
are well aware of the circumstances of why I should
Receive An E.R.T. or X-Ops escort. Thank you.
Detainees or staff having info Regarding this complaint:
C/O Herrera, C/O Sandoval, All Detainees on My Wing, Assistant Dir-
Brown, ERT MR Hower, MR Roso, X-ops MR. Smith, MR. Meyer, My P.D.
the Judge MR. Moran and My wife.

Action Requested: That I receive A notice thats posted with
the officers interlock on Div-9-3-E and the escort for 1/22/08
in time for court. Thank you.             James Worthem

C.R.W's. /s/ _____ _____     Date: 12/14/07