CASE # 07C 7255

MHN

07cv 7255

"HONORABLE" MR. JAMES B ZAGEL.                    3/30/08

FILED
APR - 4 2008
APR - 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

GREETINGS SIR. THis letter is in Regards and also a complaint toward the process of a Receipt and Return handled by the U.S.M office by their use of A U.S.M 285 form for Case # 07C 7255, Titled "JAMES M WORTHem V. Jennifer HALL and Michael Moore at which was Granted in forma pauperis on 3/11/08 by your Honor. THis process handled by the U.S. Marshals office on this particular case number of 07C 7255 was to be served at 2111 W Roosevelt Road, chicago ill, 60608 at the new G-building that is new to the Federal family. THis Receipt was received by Me on 3/27/08 and was Deemed "Not served" by the "1 Deputy" of whom said that the Date of service was on 3/20/08 At Approx 11 AM and the Deputies Remarks for Not serving the process was Due to "not valid Address because this Deputy with A pen scribbled out the last "1" on the Address 2111 Just like I Just Did and stated that he was on the "200" block of Roosevelt and is a bridge over River and Rail Road tracks, I Do have this Receipt by the Deputy and I was Going to Make myself a copy and send you what was sent to me in the Mail at which is very wrong your Honor, THe Address of 2111 is the Right Address, I personally was Inside the new G-building and was there on 2 other occassions and know that the Address I Gave is correct. Is it possible that some other U.S.M. handle the process? THank you very much. GOD BLESS.
                                        /s/ James Worthem