

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | JAMES B. ZAGEL | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 7255 | DATE | APR -7 2008 |
| CASE TITLE | James M. Worthem (#2007-0071905) v. Jennifer Hall, et al. | | |

**DOCKET ENTRY TEXT:**

The Clerk is directed to issue alias summons to defendants Hall and Moore. When Plaintiff receives the USM-285 forms from the Marshal, he must provide a valid address for defendants.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CLH |
|---|---|---|