Prisoner Correspondence.    4/14/08

This is James M Worthem #20070071905, Please be advised that I did Receive 2 U.S.M. 285 forms for case #07-C-7255 with the assigned Honorable Judge Mr. James B. Zagel. For Jennifer Hall and Michael Moore, I gave the address to the new F.B.I. Building at 2111 W Roosevelt Road Chicago Ill, 60608, It is also called the G-building, I was in there before with the Agents and I know for a fact that it's the place of their employment. The Phone # to Jennifer Hall is (312) 907-9259 and for Michael Moore it's (312) 907-9065. The only reason why they were not issued the first set of U.S.M. 285 forms is because the Deputy who went to serve them went to the location of "211 Roosevelt as opposed to 2111 W Roosevelt and I am sending the only copy I have as proof that the last (1) on the address was scribbled out for some odd reason and not at all on my doing. Could you either send it back to me or send me a copy and give the yellow copy to the Judge so there is no mix ups on my behalf. Thank you. Could you send me 2 more 1983 forms and 2 Forma Pauperis forms. Thanks.

/S/ James Worthem

# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| James M. Worthem | 07C7255 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Jennifer Hall, et al. | S/C |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Jennifer Hall, F.BII. Agent

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2115 W. Roosevelt Rd., Chicago, IL 60608

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

James Worthem, #2007-0071905
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT

TELEPHONE NUMBER | DATE 03-13-08

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process: 1 of 4 | District of Origin: No. 24 | District to Serve: No. 24 | Signature of Authorized USMS Deputy or Clerk: Td | Date: 03-13-08

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (if not shown above):

Address (complete only if different than shown above): NOT SERVED

Date of Service: 3/20/08 | Time: 1100 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 |

REMARKS: NOT VALID ADDRESS 200 BLOCK OF W ROOSEVELT IS BRIDGE OVER RIVER + RR TRACKS

1 deputy 1 hr; 0 miles (Associated case)

**NOTE**

PRIOR EDITIONS MAY BE USED | 3. NOTICE OF SERVICE | FORM USM-285 (Rev. 12/15/80)