88

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

James M. Worthem
PLAINTIFF

vs.

Jennifer Hall et.al
DEPENDANT(S)

FILED NO: 07 C 7255

JUN 23 2008 aew

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Mr. James B. Zagel
Honorable Judge

_____
Magistrate Judge

## NOTICE OF INSTITUTIONAL NAME(S)

Mr. Honorable Judge James B. Zagel, I Humbly request with all due respects to your Honor, that the Cook County Jail messed up on my name when I had completely finished my parole in I.D.O.C. My real biological name is James M. Worthem, I was born on 6/11/65 and my social security # is 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, my name is not "David Scott" but please take notice that my I.D.# B-12624 is under both names but my current I.D. states David Scott # B-12624. Please take note that my criminal case # is 07CR9711 is under my bio name, and when I got arrested on 4/23/07, I arrived at C.C.J. under my real name and I have not been released at all since that date. Please do not court sanction me for this infraction. It was not my doing.

TO: Honorable Judge
Mr. James B. Zagel
219 South Dearborn St.
Chicago Illinois, 60604

FROM: James M Worthem
(AKA) David Scott # B-12624
P.O. Box 1900
Canton IL, 61520

## PROOF OF SERVICE

I, James M. Worthem, Plaintiff/Pro-se, Hereby certify that I mailed a copy of the above notice of institutional name(s) that C.C. Jail mixed up on their negligence therein to the District court clerk and am unsure of whom is representing the above Defendants so as to issue them a copy of said notice. This is sent on 6/17/08, at or before 7:00pm, with proper postage pre-paid.

James Worthem
/S/(AKA) David Scott

THANK YOU AND GOD BLESS YOU SIR.