UNITED STATES ~~~~~~~~ OF ILLINOIS

JAMES M. WORTHEM
PLAINTIFF
VS.
JENNIFER Hall et al.
DEFENDANTS

**FILED**
JUL 10 2008
Jul 10, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NO: 07 C 7255

JAMES B. ZAGEL
Honorable JUDGE

## REQUEST

DEAR MR. Honorable ZAGEL

ON 3/11/08 MY complaint to leave In Forma pauperis was Granted in leave by the Gracious Honorable court of your honor but my Motion for Appt of counsel was Denied At which was okay by me but I am being denied the proper access into the Law-Library So as to properly utilize the Fed. R. of civil procedures in it's true and factual forms to My Motions, & other Documents Forwarded to the District courts and this on going cruel and unusual punishments of my having to endure the constant segregation In I.D.O.C. has to do with this case and that against I.D.O.C. that pertains to yet a separate Civil suit on my being violently Assaulted by several Inmates wearing hand cuffs used as weapons against Me Due to their somehow knowledge of my working with F.B.I. Agents on the streets and I received stitches, cuts, bumps and bruises because of All these major issues. Could you please issue me a paper pack book on Fed. R. of Civil procedure Since I don't have a lawyer? I am very indigent to purchase the required law book for my education to proceed on these cases. Please be Advised Also that ASST. United States Attorney MR. Donald R. Lorenzen wrote Me a letter on 6/26/08 instructing me that they have not been Authorized to represent the defendants on this case and that the U.S. Marshals Never personally handed Ms. Jennifer Hall nor Michael Moore a summons but instead served A "Christina Rider" And that Jennifer hall never Authorized Ms. Izbar to Accept service on her behalf so as of Date either defendants have not been a summons to answer my complaint and I Am humbly but respectfully requesting that your honor re issue a summons to answer or appear before your honor. I had provided U.S. Marshals with phone numbers of contact and Address.

THANK YOU. * I wish to proceed on this case.

/s/ James Worthem