IN THE UNITED STATES DISTRICT COURT NORTHERN DIST OF ILLINOIS
Case 07C-7255 Document#1 Filed 09/02/2008 Page 1 of 1

IN THE UNITED STATES DISTRICT COURT NORTHERN DIST OF ILLINOIS

JAMES M. WORTHEM
VS. PLAINTIFF

**F I L E D**

Sep 2, 2008
SEP 2 2008
MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CASE NO: 07C 7255

JenniFer Hall et. al.
DEFENDANT(S)

James B. Zagel
Honorable Judge

## MOTION FOR "NAME Change"

GREETINGS And Blessings. I want to First Appoligize foR The Inconvenience of YooRtime. So I'll be as brief as possible. Please TAKe Notice that I have Corrected from the records To have My Alias name removed from My I-D. caRd so now the name "James MichaeL WoRtHem now Coincides with my #B-12624, The name of David scott is Gone So I Request the court put back my biological name back on courts Docket Which is Again James m. WoRtHem and I assure you that it will not Change Again. It was not easy Doing this but It is Done so please excuse Me. Thank you for Your Time and concern.

## PROOF OF SERVICE

I, James M. WoRtHem, pro-se plaintiff, hereby certiFy that: Mailed A True and correct copy of This name change Motion to The District court and to Defendant(s) Attorneys by handing Such envelope(s) to An I.D.O.C. OFFICER on 3-11 shift on This Date of 8/27/08, 2008 at or before 8. pm. with proper postage pre-paid

/s/ James M. WoRthem
PLAINTIFF