JAMES M. WORTHEM )
    PLAINTIFF )
)   F I L E D   CASE NO:07-C-7255
VS )   SEP 2, 2008
)
JENNIFER HALL et al. )   MICHAEL W. DOBBINS   MR. JAMES B. ZAGEL
    DEFENDANTS )   CLERK, U.S. DISTRICT COURT   HONORABLE JUDGE

### *** MOTION FOR DEFAULT JUDGEMENT ***

   NOW COMES THE PLAINTIFF, **JAMES M. WORTHEM**, PRO-SE AND RESPECTIVELY MOVES THIS HONORABLE COURT TO GRANT THIS MOTION IN FAVOR OF THE PLAINTIFF AGAINST THE DEFENDANTS PER **FED. R. CIVIL P 55.**

   **IN SUPPORT THEREOF, THE PLAINTIFF STATES,**

1) THAT ON 12/27/2007 THE PLAINTIFF FILED A BIVENS ACTION SUIT AGAINST THE DEFENDATS IN THEIR OFFICIAL CAPACITY FOR THEIR 8th & 14th AMEND. VIOLATIONS TOWARDS MY PERSON...

2) THAT ON OR ABOUT FEBRUARY OF 2007, THE FEDERAL COURT GRANTED MY COMPLAINT & IN FORMA PAUPERIS IN LEAVE OF THE COURT.

3) ON OR ABOUT 3/28/08, THE U.S. MARSHALS OFFICE EXECUTED THE PROCESS ON THE INDIVIDUAL, COMPANY, CORPORATION, etc. TO THE UNITED STATES ATTORNEY, AT 219 S. DEARBORN STREET, 5th Floor, Chicago, Il 60604, WHICH WOULD BE **MR. PATRICK J. FITZGERALD.**

4) THEN ON 6/26/08, I RECEIVED A LETTER IN THE MAIL CONCERNING CASE #07-C-7255(N.D. Ill), THAT INSTRUCTED ME THAT THE UNITED STATES ATTORNEY HAVE NOT BEEN AUTHORIZED TO REPRESENT MS. HALL, OR ANY OTHER DEFENDANT IN THIS CASE. * **PLEASE ALSO BE ADVISED THAT PROCESS WAS ALSO MADE ON THE U.S. ATTORNEY GENERAL IN WASHINGTON D.C. ON THIS MATTER BY THE U.S. MARSHALS OFFICE.**

5) THE DEFENDANTS ON THIS CASE KNOWS THAT THEY HAVE VIOLATED MY ABSOLUTE RIGHTS THAT ARE GUARANTEED TO ME BY THE U.S. CONSTITUTION, AND THEY ARE AWARE OF MY BIVENS ACTION AGAINST THEM WITHIN THE HONORABLE COURT BUT YET REFUSES TO ANSWER OR PLEAD TO MY TRUTHFUL ACCUSATIONS. I WAS SERIOUSLY ATTACKED AND ASSAULTED THAT RESULTED IN RECEIVING 5 STITCHES TO MY LEFT EAR AND MULTIPLE CUTS, AND CONTUSIONS ALL ABOUT THE HEAD, FACE, & BODY AREAS, AS A RESULT OF INMATES OF WHOM SOMEHOW KNEW THAT I WAS WEARING WIRES & RECORDING DEVICES WHILE ON THE STREETS WORKING IN CONCERT WITH THE F.B.I. AGENTS ON THIS CASE, AND THEY WERE MADE WELL AWARE OF THE SERIOUS THREAT MADE ON MY LIFE AND OF MY VIOLENT ASSAULT ON 7/25/2007. AND THE GUYS OF WHOM ASSAULTED MY PERSON WERE NEVER CHARGED FOR THE BRUTAL ASSAULT UPON ME AS THE AGENTS ONCE PROMISED ME THAT IF I WAS TO EVER BE HARMED AS A RESULT OF MY WORKING WITH THEM THAT THE CULPRITS WOULD BE CHARGED FOR WHATEVER CRIMES THAT WOULD BE COMMITTED UPON MY PERSON. I AM NOW TRYING TO FILE FELONY ASSAULT CHARGES AGAINST MY ATTACKERS IN THE LOGAN COUNTY COURT HOUSE, SINCE EVEN I.D.O.C. HAVE DENIED TO FILE CHARGES AGAINST MY ATTACKERS WHEN IT FIRST TOOK PLACE AND I DEMANDED THAT THEY RECEIVE ASSAULT CASES BUT I AM FORCED TO PROCEED PRO-SE ON THIS WHOLE MATTER AND IT'S A STRUGGLE.

6) **RULE 12(2) OF THE FEDERAL RULES OF CIVIL PROCEDURE STATES:** UNITED STATES AND ITs AGENCIES, OFFICERS, OR EMPLOYEES SUED IN AN OFFICIAL CAPACITY... THE UNITED STATES, A UNITED STATES AGENCY OR A UNITED STATES OFFICER OR EMPLOYEE SUED ONLY IN AN OFFICIAL CAPACITY MUST SERVE AN ANSWER TO A COMPLAINT, COUNTERCLAIM, OR CROSSCLAIM WITHIN **60 DAYS AFTER SERVICE ON THE UNITED STATES ATTORNEY.**

7) THE defendants HAVE NEGLECTED TO ONLY PROVIDE MY PERSON WITH THE PROTECTION I REQUESTED AND I ATLEAST DESERVED THAT MUCH AFTER PUTTING MY LIFE & THAT OF MY FAMILY ON THE LINE AND THIS THREAT ON MY PERSON WAS MADE VERY AWARE TO THESE PARTICULAR F.B.I. AGENTS. I NEVER ASKED FOR THEM TO HELP ME OUT OF THE CRIME SITUATION THAT I'M CURRENTLY FIGHTING WITHIN THE APPEALS COURT NOW, CAUSE I KNOW I'M INNOCENT BUT THEIR CONCERN & OBLIGATIONS SHOULD OF BEEN THE SAFETY & SECURITY OF MY PERSON... BUT I WAS DENIED THAT LEAST AMOUNT OF RIGHT BY THESE AGENTS IN DIRECT VIOLATION OF MY 14th AMENDMENT RIGHT TO THE U.S. CONST. THE GOVERVMENT HAS A DUTY TO PROVIDE PROTECTION TO ITs CITIZENS, ESPECIALLY WHEN THAT CITIZEN HAS PUT THE LIFE OF NOT ONLY HIMSELF ON THE LINE BUT THAT OF HIS LOVED ONES... WAS I JUST A PAWN FOR POLITICAL GAIN & GREED ?

8) THE PLAINTIFF RESPECTIVELY REQUESTS THAT THE HONORABLE COURT MAKE A FAVORABLE RULING AGAINST THE DEFENDANTS UNDER RULE 55 UNDER FED. R OF CIV. PROCEDURE OR A JUST DETERMINATION FOR THE PLAINTIFFS **MERITORIOUS CLAIMS AND EXTREME U.S. CONST. VIOLATIONS THAT ARE WANTONLY AND MOST DELIBERATE BY THE DEFENDANTS**...

9) (SEE** IN re URANIUM ANTITRUST LITIGATION, N.D.Ill. 1979, 473 F.Supp. 382, remanded on other grounds 617 F. 2d 1248, FEDERAL CIVIL PROCEDURE(KEY) 2411

10) (see** PARAMOUNT PACKAGING CORP. v. H.B. FULLER CO. of N.J., E.D.Pa. 1960, 190 F.Supp. 178. FEDERAL CIVIL PROCEDURE (KEY) 2445

11) PLEASE TAKE NOTE THAT THE DEFENDANTS ON THIS CASE ARE AWARE THAT A COURT ISSUED SUMMONS AWAITS THEM BUT YET THEY PURPOSELY NEGLECT TO ANSWER THE PLAINTIFFS CLAIMS AND THE ATTACHED LETTER IS PROOF OF THE DEFENDANTS KNOWLEDGE OF SAID SUMMONS THAT THEY REFUSE TO ACKNOWLEDGE AND THE PLAINTIFF STRONGLY FEELS THAT THE DEFENDANTS ACTIONS OF COMPLETE DENIAL ARE WITH EXTREME PREJUDICE TOWARDS THE PLAINTIFFS ABSOLUTE RIGHTS CONFERRED TO HIM BY THE UNITED STATES CONST. AND PRAYS THAT THE HONORABLE '**JUDGE MAKE A JUST RULING IN THE PLAINTIFFS FAVOR**' FOR THE DELIBERATE ACTIONS AND ILL WILL TOWARDS THE PLAINTIFF ON THIS ACTION AGAINST THE F.B.I. AGENTS IN THEIR MOST OFFICIAL CAPACITY. THEY ARE ACTING UNDER THE COLOR OF LAW AND UNDER THE U.S. GOVERNMENT AND AS A U.S. CITIZEN, I DESERVE TO BE TREATED WITH MORE DIGNITY & RESPECT FOR CONDUCTING AN EXCELLANT SERVICE THAT WAS VERY DANGEROUS AND HAS GONE AS FAR AS PEOPLE WANTING ME DEAD AS THAT SOLE RESULT OF WORKING FOR THESE U.S. AGENTS AND I'VE ALREADY BEEN VIOLENTLY BUT PHYSICALLY ASSAULTED THAT RESULTED IN 5 STITCHES, AND MULTIPLE CONTUSIONS AND CUTS ALL OVER MY HEAD, FACE, AND BODY...

WHEREFORE, THE PLAINTIFF, JAMES M. WORTHEM PRAYS THAT THIS **HONORABLE COURT MAKE A JUST RULING OR A FAVORABLE ONE IN THE PLAINTIFFS FAVOR**.. I'M NOT SEEKING ANY TYPE OF REVENGE OR FOR ANY OF THE GOOD AGENTS TO LOSE THEIR JOB, I ONLY WANT THEM TO ANSWER MY COMPLAINT AND HELP ME TO UNDERSTAND WHY YOU JEOPERDIZED MY LIFE LIKE THAT AND REFUSED TO LET ME KNOW THAT MY LIFE WAS IN AND STILL IS IN GRAVE DANGER, AND THEN YOU REFUSE TO OFFER OR PROVIDE ME WITH PROTECTION... I AM A HUMAN BEING AND A UNITED STATES CITIZEN, I DID NOT DESERVE THIS SORT OF TREATMENT...

### *** CERTIFICATE OF SERVICE ***

I, JAMES MICHAEL WORTHEM, SWEAR UNDER PENALTY OF PERJURY THAT I SERVED A COPY OF THE ATTACHED DOCUMENT ON 'MR. PATRICK J. FITZGERALD, U.S. ATTORNEY FOR THE NORTHERN DIST. OF ILLINOIS, AT 219 S. Dearborn STREET, CHICAGO ILL, 60604. BY PLACING THE ENVELOPE IN THE HAND OF AN I.D.O.C. OFFICER FOR THE DEPOSIT IN THE U.S. MAIL AT THE ILLINOIS RIVER CORRECTIONAL CENTER IN CANTON ILLINOIS, AT APPROXIMATELY 8:00 p.m. ON 8/25/08

/S/ JAMES M. WORTHEM

/S/ *James Worthem*



U. S. Department of Justice

United States Attorney
Northern District of Illinois

| | | |
|---|---|---|
| *Donald R. Lorenzen*<br>*Assistant United States Attorney* | *Dirksen Federal Courthouse*<br>*219 South Dearborn Street, Fifth Floor*<br>*Chicago, Illinois 60604* | *Direct Line: (312) 353-5330*<br>*Fax: (312) 886-4073* |

June 26, 2008

James Worthem
(aka David Scott)
B-12624
Illinois River - IRCC
P.O. Box 1900
Canton, Illinois 61520

      Re:    *Worthem v. Hall et al.,* No. 07 C 7255 (N.D. Ill.)

Dear Mr. Worthem:

      On May 1, 2008, the United States Marshals Service filed a return in this case indicating that service had been accomplished on Jennifer Hall on April 24, 2008. The return noted that the individual served was "Christina Rider - SST Authorized to Accept."

      We have not been authorized to represent Ms. Hall or any other defendant in this case. Nevertheless, we are informed that Ms. Hall did not authorize Ms. Rider, or anyone else, to accept service on her behalf. Accordingly, Ms. Hall has not been served.

                                            Very truly yours,

                                            PATRICK J. FITZGERALD
                                            United States Attorney

                                     By:  *[signature]*
                                           DONALD R. LORENZEN
                                           Assistant United States Attorney